IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

GREGORY SHEGOG,            )
                           )
    Plaintiff,             )
                           )
vs                         )     CIVIL NO. 3:13-cv-298-SA-JMV
                           )
CAROLYN W. COLVIN,         )
Acting Commissioner,       )
Social Security            )
Administration,            )
                           )
    Defendant.             )

## ORDER

On this date came for consideration Defendant's Motion to Remand pursuant to sentence six of the Social Security Act, 42 U.S.C. § 405(g). The Court being advised in the premises is of the opinion that Defendant's Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that this cause be REMANDED to the Commissioner of Social Security pursuant to sentence six of sections 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED, on this the 9th day of April, 2014.

                                                                     /s/ Sharion Aycock
                                                                     UNITED STATES DISTRICT JUDGE